UNDER SEAL

FILED
CHARLOTTE, N.C.

FEB 17 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MISC. NO.: 1:09cr12 |
| | ) | |
| V. | ) | MOTION TO SEAL |
| | ) | INDICTMENT |
| MICHAEL BRUCE DARCY | ) | |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through Gretchen C.F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the Indictment, this Motion and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 17th day of February, 2009.

GRETCHEN C.F. SHAPPERT
UNITED STATES ATTORNEY

*Kimlani M Ford*
KIMLANI M. FORD
ASSISTANT UNITED STATES ATTORNEY