UNDER SEAL

F I L E D
CHARLOTTE, N.C.

FEB 17 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09cr12 |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| | ) | |
| | ) | UNDER SEAL |
| v. | ) | |
| | ) | Violations: |
| | ) | 18 U.S.C. § 2423(a) |
| MICHAEL BRUCE DARCY | ) | 18 U.S.C. § 2423(b) |
| | ) | |

### THE GRAND JURY CHARGES

#### COUNT ONE

Between on or about May 12, 2007 and May 13, 2007, in Avery County, in the Western District of North Carolina and elsewhere, the defendant, MICHAEL BRUCE DARCY, knowingly transported Jane Doe #1, an individual who had not attained the age of 18 years, in interstate commerce, i.e., from the State of North Carolina to the state of South Carolina, with intent that the individual engage in any sexual activity for which any person can be charged with a criminal offense, i.e., Criminal Sexual Conduct with a Minor, Second Degree, in violation of South Carolina Statute 16-3-655 and Committing a Lewd Act Upon a Child Under Sixteen, in violation of South Carolina Statute 16-15-140.

All in violation of Title 18, United States Code, Section 2423(a).

#### COUNT TWO

Between on or about May 12, 2007 and May 13, 2007, in Avery County, in the Western District of North Carolina and elsewhere, the defendant, MICHAEL BRUCE DARCY, did knowingly travel in interstate commerce, that is, from the State of North Carolina to the State of

South Carolina, for the purpose of engaging in illicit sexual conduct, to wit: a sexual act (as defined in Title 18, United States Code, Section 2246) with a person under eighteen years of age, and said sexual act would be in violation of Chapter 109A of Title 18, United States Code, specifically, 18 U.S.C. §2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

All in violation of Title 18, United States Code, Section 2423(b).

GRETCHEN C.F. SHAPPERT
United States Attorney

*Kimlani M. Ford*
KIMLANI M. FORD
Assistant United States Attorney