# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09CR12

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| MICHAEL BRUCE DARCY. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court upon the government's Second Motion to Seal (#28). Inasmuch as it appears that expedited relief is sought, the court will waive the requirement[1] of further briefing and set such matter for immediate hearing. It appearing that the name and address of the victim is contained in the exhibit to such motion (Docket Entry # 30-2), such exhibit will be stricken with leave granted to the government to refile such exhibit in redacted form.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Exhibit 1 to the government's Second Motion for Relief Under Title 18 U.S.C. § 3771 (#30-2) is **STRICKEN** without prejudice as to filing a redacted Exhibit, and the government's Second Motion for

---

[1] In waiving the requirement, the court is not prohibiting defendant from filing a responsive brief. If such a brief is filed, however, it should be filed by the close of business on June 1, 2009, so that the court can consider its contents the night before the hearing. Again, however, further briefing is not required and counsel will be heard at the hearing.

Relief Under Title 18 U.S.C. § 3771 (#30) is calendared for hearing on Tuesday, June 2, 2009, at 2p.m.

The Clerk of this court is respectfully instructed to **STRIKE** docket entry #27 in its entirety and docket entry #30-2 as such contain the name of the victim in this matter.

Signed: May 28, 2009

Dennis L. Howell
United States Magistrate Judge