UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR00012-LT |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| MICHAEL BRUCE DARCY | ) | |

| Exhibit Number | Description | Id'd | Rec'd |
| --- | --- | --- | --- |
| 1 | Picture of victim, 2005 (professional photo) | | |
| 2 | Picture of belly button piercing 9-20-06 (KendraBirthday3-2006) | | |
| 3 | Picture of Def. and victim 9-2-06 (MikeKendra2) | | |
| 4 | Picture of victim with police car 9-2-06 (Kendra16) | | |
| 5 | Picture of victim in car with ring 4-2-07 (Kendra137) | | |
| 6 | Permission slip dated 9-30-06 | | |
| 7 | Picture of victim Catawba County 9-30-06 (Kendra40) | | |
| 8 | NC DOL employment certificate | | |
| 9 | Best Western Card dated 2-25-07 | | |
| 10 | Class ring | | |
| 11 | 2 page letter from Mike | | |
| 12 | Carowinds permission slip | | |
| 13 | DVD (purple) | | |
| 14 | Purple envelope "Kendra 2008" | | |
| 15 | Green CD case with CD in it "Backup Pics 12/07" | | |
| 16 | Picture of Def. and victim kissing 11-14-07 (MikeKendra42) | | |
| 17 | Small hotel receipt | | |

| | | | |
|---|---|---|---|
| 18 | Manila envelope addressed to Jane Smith | | |
| 19 | Manila envelope addressed to Jane Smith | | |
| 20 | Holiday Inn receipt | | |
| 21 | Carowinds ticket | | |
| 22 | NONE | | |
| 23 | NONE | | |
| 24 | Carowinds ticket | | |
| 25 | Concert ticket (seat 39) | | |
| 26 | Concert ticket (seat 40) | | |
| 27 | Miranda warning | | |
| 28 | Picture of Subway with Motel 6 in back | | |
| 29 | Picture of Motel 6 | | |
| 30 | Registration Card 188177 | | |
| 31 | Registration Card 188178 | | |
| 32 | Registration Card 188179 | | |
| 33 | Registration Card 188180 | | |
| 34 | Registration Card 188181 | | |
| 35 | Registration Card 188182 | | |
| 36 | Registration Card 188612 | | |
| 37 | Credit Card receipt | | |
| 38 | Motel 6 Folio | | |
| | | | |
| | | | |
| | | | |

The government reserves the right to introduce exhibits other than those listed herein.

RESPECTFULLY SUBMITTED, this the 13th day of July, 2009.

                                              EDWARD R. RYAN
                                              Acting United States Attorney

                                              **s/ Kimlani M. Ford**
                                              Assistant United States Attorney
                                              Bar Number: 25426
                                              Attorney for the United States
                                              United States Attorney's Office
                                              227 West Trade Street, Suite 1700
                                              Charlotte, North Carolina 28202
                                              Telephone: 704.344.6222
                                              Fax: 704.344.6629
                                              E-mail: Kimlani.Ford@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that the Government's Witness List was duly served upon defense counsel via ECF at the following address:

fredilyn_sison@fd.org
angela_parrott@fd.org

      This the 13th day of July , 2009.

      **s/ Kimlani M. Ford**
      Assistant United States Attorney
      Bar Number: 25426
      Attorney for the United States
      United States Attorney's Office
      227 West Trade Street, Suite 1700
      Charlotte, North Carolina 28202
      Telephone: 704.344.6222
      Fax: 704.344.6629
      E-mail: Kimlani.Ford@usdoj.gov