UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:09CR00012-LT |
|---|---|---|
| vs. | ) | |
| | ) | GOVERNMENT'S EXHIBIT LIST |
| MICHAEL BRUCE DARCY | ) | |

| Exhibit Number | Description | Id'd | Rec'd |
|---|---|---|---|
| 1 | Picture of victim, 2005 (professional photo) | 7/13/09 | 7/13/09 |
| 2 | Picture of belly button piercing 9-20-06 (KendraBirthday3-2006) | 7/13/09 | 7/13/09 |
| 3 | Picture of Def. and victim 9-2-06 (MikeKendra2) | 7/13/09 | 7/13/09 |
| 4 | Picture of victim with police car 9-2-06 (Kendra16) | 7/13/09 | 7/13/09 |
| 5 | Picture of victim in car with ring 4-2-07 (Kendra137) | 7/13/09 | 7/13/09 |
| 6 | Permission slip dated 9-30-06 | 7/13/09 | 7/13/09 |
| 7 | Picture of victim Catawba County 9-30-06 (Kendra40) | 7/13/09 | 7/13/09 |
| 8 | NC DOL employment certificate | 7/13/09 | 7/13/09 |
| 9 | Best Western Card dated 2-25-07 | 7/13/09 | 7/13/09 |
| 10 | Class ring | 7/13/09 | 7/13/09 |
| 11 | 2 page letter from Mike | 7/13/09 | 7/13/09 |
| 12 | Carowinds permission slip | 7/13/09 | 7/13/09 |
| 13 | DVD (purple) | 7/13/09 | 7/13/09 |
| 14 | Purple envelope "Kendra 2008" | 7/13/09 | 7/13/09 |
| 15 | Green CD case with CD in it "Backup Pics 12/07" | 7/13/09 | 7/13/09 |
| 16 | Picture of Def. and victim kissing 11-14-07 (MikeKendra42) | 7/13/09 | 7/13/09 |
| 17 | Small hotel receipt | 7/13/09 | 7/13/09 |

| 18 | Manila envelope addressed to Jane Smith | 7/13/09 | 7/13/09 |
|---|---|---|---|
| 19 | Manila envelope addressed to Jane Smith | 7/13/09 | 7/13/09 |
| 20 | Holiday Inn receipt | 7/13/09 | 7/13/09 |
| 21 | Carowinds ticket | 7/13/09 | 7/13/09 |
| 22 | NONE  *Carowinds Ticket* | 7/13/09 | 7/13/09 |
| 23 | NONE | | |
| 24 | Carowinds ticket | | |
| 25 | Concert ticket (seat 39) | 7/13/09 | 7/13/09 |
| 26 | Concert ticket (seat 40) | 7/13/09 | 7/13/09 |
| 27 | Miranda warning | 7/13/09 | 7/13/09 |
| 28 | Picture of Subway with Motel 6 in back | | |
| 29 | Picture of Motel 6 | | |
| 30 | Registration Card 188177 | 7/13/09 | 7/13/09 |
| 31 | Registration Card 188178 | 7/13/09 | 7/13/09 |
| 32 | Registration Card 188179 | 7/13/09 | 7/13/09 |
| 33 | Registration Card 188180 | 7/13/09 | 7/13/09 |
| 34 | Registration Card 188181 | 7/13/09 | 7/13/09 |
| 35 | Registration Card 188182 | 7/13/09 | 7/13/09 |
| 36 | Registration Card 188612 | 7/13/09 | 7/13/09 |
| 37 | Credit Card receipt | 7/13/09 | 7/13/09 |
| 38 | Motel 6 Folio | | |
| | | | |
| | | | |
| | | | |

The government reserves the right to introduce exhibits other than those listed herein.

RESPECTFULLY SUBMITTED, this the 13th day of July, 2009.

EDWARD R. RYAN
Acting United States Attorney


**s/ Kimlani M. Ford**
Assistant United States Attorney
Bar Number: 25426
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: Kimlani.Ford@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the Government's Witness List was duly served upon defense counsel via ECF at the following address:

fredilyn_sison@fd.org
angela_parrott@fd.org

This the 13th day of July, 2009.

**s/ Kimlani M. Ford**
Assistant United States Attorney
Bar Number: 25426
Attorney for the United States
United States Attorney's Office
227 West Trade Street, Suite 1700
Charlotte, North Carolina 28202
Telephone: 704.344.6222
Fax: 704.344.6629
E-mail: Kimlani.Ford@usdoj.gov